FILED

OCT 15 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Joenell Rice
_____

*Your full name*

v.

Hazelton USP
Morron, SIS
Burrieintorse
_____

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(*BIVENS* ACTION)

Civil Action No.: 3:19cv173
(*To be assigned by the Clerk of Court*)

Groh
Trumble
Sims

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).** The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

 A. Name of Plaintiff: Joenell Rice Inmate No.: 607-24-060
   Address: Hazelton USP PO Box 2000
   Bruceton Mills, WV. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B. Name of Defendant: BURRiENTO'SE
Position: SiS
Place of Employment: HAZELTON USP
Address: Po Box 2000
BRUCETON Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He Violated My Bop policy dueprocess Rights Because He Never legally suspended my DHO shot and He Elegally Refered me to AUSA Prosecution

B.1 Name of Defendant: MORRON
Position: F-1 Unit MANenger
Place of Employment: HAZELTON USP
Address: Po Box 2000
BRUCETON Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He dont Never Come Back Here To Shu and make his weekly Rounds and He Denysme legal Remedys Which is a Violation of my Bop policy dueprocess Rights

B.2 Name of Defendant: HAZELTON USP
Position: Aminastration
Place of Employment: HAZELTON USP
Address: Po Box 2000
BRUCETON Mills, WV. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☑ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain: They UNlawfully Had me in The shU-hole for 2 Years, Which This is, WAS a Violation of my Bop policy dueprocess Rights, Which This is cruel and unusele punishment, pain, suffering

B.3  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____

     Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

     If your answer is "YES," briefly explain: _____

B.4  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____

     Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

     If your answer is "YES," briefly explain: _____

Attachment A

B.5 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: __HAzelTon USP__

A. Is this where the events concerning your complaint took place?
☑ Yes   ☐ No

If you answered "NO," where did the events occur? _____

B. Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes   ☐ No

D. If your answer is "NO," explain why not: _____

E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 I filed, Bp8,
LEVEL 2 Bp 9, Bp 10,
LEVEL 3 Bp 11

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  ☐ Yes  ☒ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2. Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3. Case Number:_____

        4. Basic Claim Made/Issues Raised:_____
_____
_____
_____

        5. Name of Judge(s) to whom case was assigned:
_____

        6. Disposition:_____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit:_____

Attachment A

      8.     Approximate date of disposition. Attach Copies: _____

C.     Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☒ Yes     ☐ No

D.     If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

I filed and BP8, ~~[redacted]~~ But They Never Responded back so I followed up with, BP9, BP10 BP11 with The Regional office and my Unit manenger Name Morron F1 unit can verify This sir

E.     Did you exhaust available administrative remedies?
      ☒ Yes     ☐ No

F.     If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

The only Reason I dont have Remedys to Attach Right Now is Because I just gave Morron and copy of my BP9, BP10, BP11 with This Same Bivens lawsuit packet last month Sep 2019 To sen to you guys in The Mail But for some Reason It Never made it But Morron can verify This sir

G.     If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.     Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____
Defendant(s): _____

2. Name and location of court and case number:
   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: ON Oct 20, 2017 HAZELTON USP gave me and Institution Shot for and 101 Asault charge aginst and Inmate Name Darel ginger and so the next week in oct 2017 I went to DHO and got sanction well constitution Rights

Supporting Facts: For prisoners under inmate Disciplen BOP policy

Which SO He's Denieing me legal complaint Proceedure which This is a violation of my dueprocess Rights That He's in violation of Sir Because I'm intittled To This But So I ask you To make These come Back here and give me This Stuff Sir and I allso ask you guys To file This lawsuit for me Sir Because I can not make copys of This lawsuit Because my Unitmanenger Name MORRON dont come Back here Sir and neather do Anyone else from my Unit Team #64909-060 and This guy on my Range Name Rondell Harris He's my wittness To This momment of Truth and This CO Name Myers can verify That my Unit Manenger Morron dont come Back here in SHU on my Range 1, most importing The Candy Camra can Back This momment of Truth up Sir But I dont have no money on my Books and Trust fund here at Hazelton USP can verifys This

and for my lawsuit that I got AllReady filed with you guys aginst looTinient Smith, cowalters, co McDuffy for 5 million Dollges I would like to have a Jury Trial Because this happen on candy camra sir Back here in Shu

Attachment A

Program statement 5072.09 says SIS, SIA has to prosecute all 101 asaults, asaults period and it says that they have to suspend yo DHO shot until the court is done with

CLAIM 2: your case and then the BOP aminastration can proceed DHO wise well they never followed protolcall and did this to me like they was suppose to so which there in violation of my BOP policy dueprocess rights and chapter 9 on down from this programstatement verifys thiss

Supporting Facts: and then 3 in a half 4 months later this inmate name Darel ginger died at the outside westvirginia hostpital so they call them selfs tryna come back and up grade my 101 asault shot to and 100 seriouse shot which is a nother violation

CLAIM 3: of my BOP policy dueprocess rights and they was suppose to serve me a copy of this up grade 100 seriouse shot with in 24 hours which they never did to this day and which this is a nother violation of my BOP policy dueprocess Rig and BOP programstatement 5072.09 chapter 9 on down

Supporting Facts: confirms this momment of truth from BOP constitution Rights for prisoners so they aliso refered me for AUSA prosecution which is elegal from me exsplaining this to you sir because they never suspended my 101 asault like they was suppose to sir and SIS Burrientose

CLAIM 4: know this sir and supreme court case superintendant vs. Hill says I can not be charge and give's me direct relief on this, supreme court case, wolfe vs. mcdonnald aliso give's me direct relief from this sir and I unlawfully been

Supporting Facts: back here for 2 years in this shu-hole sir which is cruel, unusele punishment

Attachment A

and pain, suffering, which is a violation of my Eighth Amendment United States Constitution Rights Because This is definiently BARBARRIC SIR

**CLAIM 5:** They don't wash are only uniforms cloths we ware except for every month in a half or some times two months sir and are cells be flooded, They don't give us know kimackles to clean are cell sir and BOP policy Program statement says some Body from your Unit

Supporting Facts: Team is suppose To come BACK To ShU from monday To friday and ask you do you need any Thing sir well They don't do This At all sir This guy MORRON which is my Unit manengement He comes Back here on my Range 1 once a month and He never have know legal Remedys for me sir

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

They violated my eighth Amendment So I'm sueing Them for Cruel, unusele punishment, Pain, Suffering and I'm sueing Them for mental Stress, Depression Because I'm Bypolare, I'm skinsofrantic, I take medicen for This and I'm mentally stressed out, I'm Depressed from Being BACK Here So I'm sueing Them for 20 million Dollars

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I want you To fire These guys and I want a Jury Trial and I want you To make These people let me go BACK To general Population or Emergency Trancefer me To medical Jail Because I'm a medical Paisient Trancefer, my Court Recomended me To go To a federal medical center which This is in my file So please have Them send me To Boston Devens FMC or Butner North Caroling FMC where I'm on file at where I can get The Proper Treatment I need

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Shu Range 1  on  Oct  2019 .
　　　　　　　(Location)　　　　　　　　　　(Date)

　　　　　　　　　　　　　　　　Joenell Rice
　　　　　　　　　　　　　　　　Your Signature